(20 Misc. Rep. 622.)

### ROBB v. OSGOODBY.

(Supreme Court, Appellate Term. July 1, 1897.)

APPEALABLE ORDER—DENIAL OF NEW TRIAL.

　　Laws 1896, c. 748, does not authorize an appeal from an order of a district court denying a motion for a new trial.

Appeal from Fourth district court.

Action by John W. Robb against Alfred B. Osgoodby. Verdict for plaintiff. From an order denying a new trial, defendant appeals. Dismissed.

Argued before McADAM and BISCHOFF, JJ.

A. B. Osgoodby, in pro. per.

S. F. Hyman, for respondent.

PER CURIAM. The judgment was rendered in the Fourth district court March 9, 1897, and the time to appeal therefrom expired March 29, 1897. A motion for a new trial was made by the defendant, and denied May 11, 1897. In the appeal, which was taken within 20 days after May 11th, the defendant appealed from the judgment as well as the order denying the motion for a new trial. The act of 1896 (chapter 748) authorizes an appeal from an order granting a new trial, but does not authorize an appeal from an order denying a motion for a new trial.

The motion to dismiss must therefore be granted, with costs.